| SHERIFF'S ENTRY OF SERVICE | SC-85-2 | REORDER FROM TOMMY CASTLEBERRY CO. 770-786-2301 |

Civil Action No. _____

Date Filed _____

Superior Court ☐  Magistrate Court ☐
State Court ☐  Probate Court ☐
Juvenile Court ☐

Georgia, _____ COUNTY

Attorney's Address _____

_____ Plaintiff

VS.

Name and Address of Party to be Served. # 150839

Taurus Hubert
174 Front Street
Sparta, GA 31087

_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____

_____ DEPUTY

Exhibit 1

SHERIFF DOCKET _____ PAGE _____