*Kathy Ransom*
CHAIR

*Nancy Stephens*
VICE CHAIR

*Linda Clayton*
MEMBER

*Robert Ingram*
MEMBER

*Jim Youmans*
SECRETARY



# Hancock County
## Board of Elections and Registration

*Tiffany N. Medlock*
ELECTIONS SUPERVISOR

*Ryan James Barr*
CHIEF DEPUTY REGISTRAR

P.O. BOX 118
10571 HIGHWAY 15
SPARTA, GEORGIA 31087
706-444-5259
FAX: (706) 444-0989
BOER@HancockCountyGA.gov

September 25, 2015

Taurus Hubert
174 Front Street
Sparta, GA 31087

RE: CHALLENGE OF ELECTOR'S QUALIFICATION TO VOTE IN HANCOCK COUNTY

Dear Mr. Hubert,

Pursuant to O.C.G.A § 21-2-228, O.C.G.A § 21-2-229 and O.C.G.A § 21-2-230, the Hancock County Board of Elections and Registration held a meeting to hear whether or not probable cause existed after the receipt of a residency challenge for your qualification to vote in the County.

On Thursday, September 24, 2015 the members of the board voted that probable cause existed that you are not a resident of Hancock County for voting registration purposes. In other words, there was sufficient information to believe that you are residing outside Hancock County to support the challenge.

This is notification that a hearing is scheduled for **Monday, October 5, 2015 at 9:00 AM at the Temporary Courthouse located at 10571 Highway 15 North, Sparta, GA 31087** for the Board to hear the whether or not you are qualified to remain on the list of electors for Hancock County.

You should be prepared to present evidence of your address and residence. You may consult an attorney and bring witnesses or evidence with you.

In the meantime, if you have moved to a new address within Hancock County, or if you have moved to another county in Georgia, please complete the enclosed postage paid application and return so we can reassess your qualifications, if appropriate.

If you have any questions regarding this matter, please contact this office.

Sincerely,

Tiffany N. Medlock
Elections Supervisor

Exhibit 2