

| Hancock County Assessor ||||
|---|---|---|---|
| Parcel: 249   026  Acres: 358.5 ||||
| Name: | ODOM ROBERT | Land Value | $613,248.00 |
| Site: | 4210 JEWELL RD | Building Value | $41,799.00 |
| Sale: | $25,000 on 11-2015 Reason=NV Qual=U | Misc Value | $33,614.00 |
| Mail: | 6398 TUGGLE DR<br>BUFORD, GA 30515 | Total Value: | $688,661.00 |
| | | | |
| | | | |
| | | | |



The Hancock County Assessor's Office makes every effort to produce the most accurate information possible.  No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll. PLEASE NOTE THAT THE PROPERTY APPRAISER MAPS ARE FOR ASSESSMENT PURPOSES ONLY NEITHER HANCOCK COUNTY NOR ITS EMPLOYEES ASSUME RESPONSIBILITY FOR ERRORS OR OMISSIONS ---THIS IS NOT A SURVEY---
Date printed:  02/23/16 : 15:40:42