

**Building Photo 1**



[Close Window](#)

© 2004 by the Hancock County Assessor's Office | Website design by **qpublic.net**