



Text