**GEORGIA POWER**
A SOUTHERN COMPANY

| | |
|---|---|
| Customer Name | Account Number |
| JOHNNY D THORNTON | |

| Please Pay By | Nov 30, 2015 |
|---|---|
| Total Due | $ 312.86 |

**Service Address**
4210 JEWELL RD
BLDG

**Service Period**
Oct 14, 2015 - Nov 12, 2015

**Contact Us** *24 hours a day, 7 days a week*

georgiapower.com



| Account Number | Web Access Code |
|---|---|
| Customer Service | Power Outage Reporting |
| 1-888-655-5888 | 1-888-891-0938 |

## Important Notice

The due date on this bill is for current charges only. If the total amount for electric service has not been paid by the due date, service may be disconnected. Before service can be restored, a reconnect fee and deposit or additional deposit may be required. Failure to pay your bill each month could result in the requirement of a deposit or additional deposit even though service is not disconnected.

**Payment Options**

**Online** Just visit georgiapower.com/mypayment
Login to your account using the following:
Account number:
Web access code:

**By Mail**
Georgia Power Payments
96 Annex
Atlanta, GA 30396-0001

**Local Office** The Georgia Power local office for your service address is:
472 Main St.
Warrenton, GA 30828

## Billing Summary

| | | |
|---|---|---|
| Previous Bill Amount | | $ 211.59 |
| Payment Received | No Payment Received | - 0.00 |
| Past Due Electric Service | | $ 99.33 |
| Past Due Lighting | | $ 110.26 |
| Past Due Late Payment Charge - Electric | | $ 2.00 |
| Current Lighting Service | | +35.92 |
| Current Electric Service | | +62.21 |
| Late Payment Charge - Electric | | +3.14 |
| | **Total Due** | **$ 312.86** |

*Billing summary continues on next page*

**For current billing details, turn page over**

## Usage Information

| Total Used | Next Scheduled Read Date |
|---|---|
| 242 kWh | On or after Dec 11, 2015 |

Total kWh — Jul Aug Sep Oct Nov 2015

| | 1 Year Ago | Last Month | This Month |
|---|---|---|---|
| Total kWh Used | | 116 | 242 |
| Average Daily kWh | | 4 | 8 |
| Days In Billing Period | | 29 | 29 |

> Our business offices will be closed on November 26 and 27 for the Thanksgiving Holiday. In case of an emergency, please call us at the number on your bill 24 hours a day, 7 days a week.

> Earn rebates and reduce energy use with the help of Georgia Power's Commercial Energy Efficiency Program. Your business can qualify for rebates when you upgrade to high-efficiency lighting and other energy-saving equipment. To learn more, call 1-877-310-5607 or visit georgiapower.com/commercialsavings.

> Georgia Power is here for you - our business customer - with our dedicated Business Call Center. The call center has representatives available Monday through Friday from 7 a.m. to 7 p.m. Give us a call at 1-888-655-5888.

62876-18022 10

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**GEORGIA POWER**
A SOUTHERN COMPANY

BIN #10102
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374

Account Number

| Please Pay By | Nov 30, 2015 |
|---|---|
| Total Due | $ 312.86 |

☐ **Correct phone number and email?** Details on back.

0262876180224900000312860000021159000000000000000000

JOHNNY D THORNTON
4210 JEWELL RD
SPARTA GA 31087

**Mail To:**
96 ANNEX
ATLANTA GA
30396-0001

**Total Due Summary**

| | |
|---|---|
| Lighting | 35.92 |
| Elec Service | 62.21 |
| Prev Service | 209.59 |
| Late Pymt Chg | 3.14 |
| Prev Late Pymt Chg | 2.00 |
| **Total Due** | **$ 312.86** |

EXHIBIT D

Please return this portion with payment.



BIN #10102
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374

**PLEASE PAY BY**
**05/25/2011**

0262876180135000000152450000000000000000000000000000

JOHNNY D THORNTON
PO BOX 794
SPARTA GA 31087

Mail To:
96 ANNEX
ATLANTA GA
30396-0001

| | |
|---|---|
| 33.46 | Lighting |
| 118.99 | Electric Svc |

ACCOUNT NUMBER 6■■■■■■■8

TOTAL DUE      $152.45

www.georgiapower.com
ACCOUNT ACCESS CODE ■■■
ACCOUNT NUMBER ■■■■■■■
CUSTOMER NAME   JOHNNY D THORNTON
SERVICE ADDRESS  4210 JEWELL RD
BLDG

GEORGIA POWER COMPANY
472 Main St.
Warrenton, GA 30828
For Customer Service, Please Call
1-888-655-5888

| RATE NAME | SERVICE PERIOD FROM | TO | METER NUMBER | READING TYPE | METER READING PREVIOUS | PRESENT | METER CONSTANT | USAGE |
|---|---|---|---|---|---|---|---|---|
| GS-C | 04/11/11 | 05/11/11 | 5124375 | Tot kWh | 1386 | 2008 | 1 | 622 |

## EXPLANATION OF CHARGES

| | | |
|---|---|---|
| OL REG - Outdoor Lighting Regulated | 04/11-05/11 | |
| 1-400 HPS Flood OH | | |
| Current Service | | 27.69 |
| Environmental Compliance Cost | | 2.05 |
| Nuclear Construction Cost Recovery | | 1.20 |
| Municipal Franchise Fee | | 0.33 |
| Sales Tax | | 2.19 |
| GS-C - General Service-COM | 04/11-05/11 | |
| Current Service | | 98.56 |
| Environmental Compliance Cost | | 7.23 |
| Nuclear Construction Cost Recovery | | 4.23 |
| Municipal Franchise Fee | | 1.19 |
| Sales Tax | | 7.78 |

**PAYMENTS SINCE LAST BILLING**
Thank You!
04/15/11    2.13
04/15/11    221.27
04/15/11    66.92

### HISTORICAL DATA

| | Days | KWH | Cost | Cost Per Day |
|---|---|---|---|---|
| This Mth | 30 | 622 | 118.99 | 3.96 |
| Last Mth | 28 | 582 | 112.44 | 4.01 |
| 1 Yr Ago | | | | |

**PLEASE PAY BY**
**05/25/2011**

**TOTAL DUE**
**$152.45**

Balances unpaid 7 days after this date are subject to a late charge of 1.5%
of the amount due or $2.00, whichever is greater.

CONSIDER COMMERCIAL HEAT PUMPS
as a way to keep your business cool in
the summer and warm in the winter. To
learn other ways to save energy, call
Georgia Power - The Energy Expert at
1-888-655-5888 or visit
www.georgiapower.com/business.

ACCOUNT NUMBER    62876-18013

Our business offices will be closed on Monday, May 30th, for Memorial Day. In case of an
emergency, please call us at the number printed on your bill 24 hours a day, 7 days a
week.



**GEORGIA POWER**
A SOUTHERN COMPANY

Customer Name: JOHNNY D THORNTON
Account Number: [redacted]
Please Pay By: Sep 29, 2015
Total Due: $133.08

Service Address: 4210 JEWELL RD BLDG
Service Period: Aug 14, 2015 - Sept 15, 2015

**Contact Us** 24 hours a day, 7 days a week
georgiapower.com
Account Number: [redacted]   Web Access Code: [redacted]
Customer Service: 1-888-655-5888
Power Outage Reporting: 1-888-891-0938

## Important Notice

The due date on this bill is for current charges only. If the total amount for electric service has not been paid by the due date, service may be disconnected. Before service can be restored, a reconnect fee and deposit or additional deposit may be required. Failure to pay your bill each month could result in the requirement of a deposit or additional deposit even though service is not disconnected.

**Payment Options**
Online  Just visit georgiapower.com/mypayment
Login to your account using the following:
Account number: [redacted]
Web access code: [redacted]

By Mail
Georgia Power Payments
96 Annex
Atlanta, GA 30396-0001

Local Office  The Georgia Power local office for your service address is:
472 Main St.
Warrenton, GA 30828

### Billing Summary

| | |
|---|---:|
| Previous Bill Amount | $62.69 |
| Payment Received      No Payment Received | - 0.00 |
| Past Due Electric Service | $25.52 |
| Past Due Lighting | $37.17 |
| Current Lighting Service | +37.17 |
| Current Electric Service | +33.22 |
| **Total Due** | **$133.08** |

*Balances unpaid 7 days after the total due date are subject to a late charge of 1.5% of the amount due or $2.00, whichever is greater.*

For current billing details, turn page over

### Usage Information

Total Used: 70 kWh
Next Scheduled Read Date: On or after Oct 13, 2015

(Bar chart: Jul, Aug, Sep 2015)

| | 1 Year Ago | Last Month | This Month |
|---|---:|---:|---:|
| Total kWh Used | | 27 | 70 |
| Average Daily kWh | | 1 | 2 |
| Days In Billing Period | | 30 | 32 |

➤ Earn rebates and reduce energy use with the help of Georgia Power's Commercial Energy Efficiency Program. Your business can qualify for rebates when you upgrade to high-efficiency lighting and other energy-saving equipment. To learn more, call 1-877-310-5607 or visit georgiapower.com/commercialsavings.

➤ Georgia Power is here for you - our business customer - with our dedicated Business Call Center. The call center has representatives available Monday through Friday from 7 a.m. to 7 p.m. Give us a call at 1-888-655-5888.

62876-18022 10

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**GEORGIA POWER**
A SOUTHERN COMPANY
BIN #10102
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374

Account Number: [redacted]

Please Pay By: Sep 29, 2015
Total Due: $133.08

☐ Correct phone number and email?  Details on back.

02628761802249000013308000006269000000000000000000

JOHNNY D THORNTON
4210 JEWELL RD
SPARTA GA 31087

Mail To:
96 ANNEX
ATLANTA GA
30396-0001

### Total Due Summary

| | |
|---|---:|
| Lighting | 37.17 |
| Elec Service | 33.22 |
| Prev Service | 62.69 |
| **Total Due** | **$133.08** |

M00002629      10

# GEORGIA POWER
### A SOUTHERN COMPANY

**Customer Name:** JOHNNY D THORNTON
**Account Number:** [redacted]

| Please Pay By | Sep 29, 2015 |
|---|---|
| Total Due | $ 48.12 |

**Service Address**
4210 JEWELL RD
WELL #1

**Service Period:** Aug — 15, 2015

### Billing Summary

| | |
|---|---|
| Previous Bill Amount | $ 24.06 |
| Payment Received | - 0.00 |
| Past Due Electric Service | $ 24.06 |
| Current Electric Service | +24.06 |
| **Total Due** | **$ 48.12** |

*Balances unpaid 7 days after the total due date are subject to a late charge of 1.5% of the amount due or $2.00, whichever is greater.*

**Contact Us** 24 hours a day, 7 days a week
georgiapower.com

**Account Number:** [redacted]
**Web Access Code:** [redacted]

**Customer Service:** 1-888-655-5888
**Power Outage Reporting:** 1-888-891-0938

**Payment Options**
**Online** Just visit georgiapower.com/mypayment
Login to your account using the following:
Account number:
Web access code: [redacted]

**By Mail**
Georgia Power Payments
96 Annex
Atlanta, GA 30396-0001

**Local Office** The Georgia Power local office for your service address is:
472 Main St.
Warrenton, GA 30828

*For current billing details, turn page over*

### Usage Information

Total Used: 0 kWh
Next Scheduled Read Date: On or after Oct 13, 2015

| | 1 Year Ago | Last Month | This Month |
|---|---|---|---|
| Total kWh Used | | 0 | 0 |
| Average Daily kWh | | 0 | 0 |
| Days In Billing Period | | 29 | 33 |

➤ Earn rebates and reduce energy use with the help of Georgia Power's Commercial Energy Efficiency Program. Your business can qualify for rebates when you upgrade to high-efficiency lighting and other energy-saving equipment. To learn more, call 1-877-310-5607 or visit georgiapower.com/commercialsavings.

➤ Georgia Power is here for you - our business customer - with our dedicated Business Call Center. The call center has representatives available Monday through Friday from 7 a.m. to 7 p.m. Give us a call at 1-888-655-5888.

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.



**Account Number:** [redacted]

| Please Pay By | Sep 29, 2015 |
|---|---|
| Total Due | $ 48.12 |

☐ Correct phone number and email? *Details on back.*

BIN #10102
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374

`021959530030420000004812000000240600000000000000000000`

JOHNNY D THORNTON
4210 JEWELL RD
SPARTA GA 31087

**Mail To:**
96 ANNEX
ATLANTA GA
30396-0001

**Total Due Summary**
| Elec Service | 24.06 |
|---|---|
| Prev Service | 24.06 |
| **Total Due** | **$ 48.12** |

M00002628    10

**GEORGIA POWER**
A SOUTHERN COMPANY

| Customer Name | Account Number | Please Pay By | Nov 30, 2015 |
|---|---|---|---|
| JOHNNY D THORNTON | | Total Due | $ 131.75 |

**Service Address**
4210 JEWELL RD
WELL #1

**Service Period**
Oct 14, 2015 - Nov 12, 2015

**Contact Us** 24 hours a day, 7 days a week

georgiapower.com

Account Number
Web Access Code
730794

Customer Service
1-888-655-5888

Power Outage Reporting
1-888-891-0938

## Important Notice

The due date on this bill is for current charges only. If the total amount for electric service has not been paid by the due date, service may be disconnected. Before service can be restored, a reconnect fee and deposit or additional deposit may be required. Failure to pay your bill each month could result in the requirement of a deposit or additional deposit even though service is not disconnected.

**Payment Options**

Online  Just visit georgiapower.com/mypayment
Login to your account using the following:
Account number:
Web access code:

**By Mail**
Georgia Power Payments
96 Annex
Atlanta, GA 30396-0001

**Local Office**  The Georgia Power local office for your service address is:
472 Main St.
Warrenton, GA 30828

### Billing Summary

| | | |
|---|---|---|
| Previous Bill Amount | | $ 72.63 |
| Payment Received | No Payment Received | - 0.00 |
| Past Due Electric Service | | $ 72.63 |
| Current Electric Service | | +59.12 |
| | **Total Due** | **$ 131.75** |

*Balances unpaid 7 days after the total due date are subject to a late charge of 1.5% of the amount due or $2.00, whichever is greater.*

**For current billing details, turn page over**

### Usage Information

Total Used
224 kWh

Next Scheduled Read Date
On or after Dec 11, 2015



Total kWh   Jul Aug Sep Oct Nov 2015

| | 1 Year Ago | Last Month | This Month |
|---|---|---|---|
| Total kWh Used | | 12 | 224 |
| Average Daily kWh | | 0 | 8 |
| Days In Billing Period | | 29 | 29 |

> Our business offices will be closed on November 26 and 27 for the Thanksgiving Holiday. In case of an emergency, please call us at the number on your bill 24 hours a day, 7 days a week.

> Earn rebates and reduce energy use with the help of Georgia Power's Commercial Energy Efficiency Program. Your business can qualify for rebates when you upgrade to high-efficiency lighting and other energy-saving equipment. To learn more, call 1-877-310-5607 or visit georgiapower.com/commercialsavings.

> Georgia Power is here for you - our business customer - with our dedicated Business Call Center. The call center has representatives available Monday through Friday from 7 a.m. to 7 p.m. Give us a call at 1-888-655-5888.

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**GEORGIA POWER**
A SOUTHERN COMPANY

BIN #10102
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374

Account Number

| Please Pay By | Nov 30, 2015 |
|---|---|
| Total Due | $ 131.75 |

☐ **Correct phone number and email?** Details on back.

021995300304200000131750000007263000000000000000000

JOHNNY D THORNTON
4210 JEWELL RD
SPARTA GA 31087

**Mail To:**
96 ANNEX
ATLANTA GA
30396-0001

**Total Due Summary**
| Elec Service | 59.12 |
|---|---|
| Prev Service | 72.63 |
| **Total Due** | **$ 131.75** |

**GEORGIA POWER**
A SOUTHERN COMPANY

| Customer Name | Account Number | Please Pay By | Dec 1, 2015 |
|---|---|---|---|
| JOHNNY D THORNTON | | Total Due | $ 425.93 |

Service Address
4210 JEWELL RD
PUMP 2

Service Period
Oct 14, 2015 - Nov 11, 2015

**Contact Us** *24 hours a day, 7 days a week*
georgiapower.com

Account Number    Web Access Code

Customer Service    Power Outage Reporting
1-888-655-5888    1-888-891-0938

## Important Notice

The due date on this bill is for current charges only. If the total amount for electric service has not been paid by the due date, service may be disconnected. Before service can be restored, a reconnect fee and deposit or additional deposit may be required. Failure to pay your bill each month could result in the requirement of a deposit or additional deposit even though service is not disconnected.

### Billing Summary

| | | |
|---|---|---|
| Previous Bill Amount | | $ 398.50 |
| Payment Received | No Payment Received | - 0.00 |
| Past Due Electric Service | | $ 108.50 |
| Past Due Deposit | | $ 260.00 |
| Past Due Account Establishment Charge | | $ 30.00 |
| Current Electric Service | | +25.43 |
| Late Payment Charge - Electric | | +2.00 |
| | **Total Due** | **$ 425.93** |

Billing summary continues on next page

**Payment Options**
Online  Just visit georgiapower.com/mypayment
Login to your account using the following:
Account number:
Web access code:

**By Mail**
Georgia Power Payments
96 Annex
Atlanta, GA 30396-0001

**Local Office**  The Georgia Power local office for your service address is:
472 Main St.
Warrenton, GA 30828

For current billing details, turn page over

### Usage Information

Total Used    Next Scheduled Read Date
0 kWh    On or after Dec 11, 2015

Total kWh    Jul Aug Sep Oct Nov 2015

| | 1 Year Ago | Last Month | This Month |
|---|---|---|---|
| Total kWh Used | | 0 | 0 |
| Average Daily kWh | | 0 | 0 |
| Days In Billing Period | | 28 | 28 |
| Billed Demand | | 5 | 5 |

- Our business offices will be closed on November 26 and 27 for the Thanksgiving Holiday. In case of an emergency, please call us at the number on your bill 24 hours a day, 7 days a week.

- Earn rebates and reduce energy use with the help of Georgia Power's Commercial Energy Efficiency Program. Your business can qualify for rebates when you upgrade to high-efficiency lighting and other energy-saving equipment. To learn more, call 1-877-310-5607 or visit georgiapower.com/commercialsavings.

- Georgia Power is here for you - our business customer - with our dedicated Business Call Center. The call center has representatives available Monday through Friday from 7 a.m. to 7 p.m. Give us a call at 1-888-655-5888.

08310-21062 10

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

Account Number

**GEORGIA POWER**
A SOUTHERN COMPANY

BIN #10102
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374

| Please Pay By | Dec 1, 2015 |
|---|---|
| Total Due | $ 425.93 |

☐ Correct phone number and email? Details on back.

02083102106231000042593000039850000000000000000000

JOHNNY D THORNTON
4210 JEWELL RD
SPARTA GA 31087

Mail To:
96 ANNEX
ATLANTA GA
30396-0001

**Total Due Summary**

| | |
|---|---|
| Elec Service | 25.43 |
| Prev Service | 108.50 |
| Prev Deposit | 260.00 |
| Prev Acct Estab Chg | 30.00 |
| Late Pymt Chg | 2.00 |
| **Total Due** | **$ 425.93** |