RECEIVED AUG 24 2015

August 22, 2015

Tiffany Medlock
Election Supervisor
Hancock County

By email

RE: Challenge of elector per OCGA 21-2-228 and 21-2-230

Dear Election Supervisor Medlock;

I wish to challenge the following voter based on the above OCGA code sections:

    Thornton, Johnny 4210 Jewell Rd. Sparta, GA 31087

I am challenging this elector based on the fact that records show that Johnny Thornton resides in Warren County. While he does own property in Hancock County, he does not reside there. I would like this elector to show proof of his residence based on this information.

Thank you for your attention to this matter.

Sincerely,

Nancy Stephens
Citizen of Hancock County
Board member of the BOER

EXHIBIT E