*Kathy Ransom*
CHAIR

*Nancy Stephens*
VICE CHAIR

*Linda Clayton*
MEMBER

*Robert Ingram*
MEMBER

*Jim Youmans*
SECRETARY



# Hancock County
## Board of Elections and Registration

*Tiffany N. Medlock*
ELECTIONS SUPERVISOR

*Ryan James Barr*
CHIEF DEPUTY REGISTRAR

P.O. BOX 118
10571 HIGHWAY 15
SPARTA, GEORGIA 31087
706-444-5259
FAX: (706) 444-0989
BOER@HancockCountyGA.gov

August 28, 2015

Johnny Thornton
4210 Jewell Road
Sparta, GA 31087

Dear Mr. Thornton,

Pursuant to Georgia Election Code 21-2-228, the residence address on your Voter Registration Record is under evaluation and your right to remain on the Elector's List for Hancock County has been challenged by the Hancock County Board of Elections and Registration.

You are hereby summoned to appear before the Hancock County Board of Elections and Registration at the temporary location of the Hancock County Courthouse on _Thursday, September 17, 2015_ at _5:00 PM_ . This meeting will take place in the Jury Room within the temporary Courthouse location. You must be prepared to present one or more of the following applicable documents at this hearing:

1. A copy of a current utility bill in your name, showing your physical address.
2. A copy of a current bank statement or bills in your name.
3. A rental or lease agreement in your name showing your physical address.
4. Personal property, motor vehicle and property registrations showing your name and physical address.
5. City or county tax bill or receipt in your name showing your address.
6. Any additional information that would establish your current residence address to include
    a. Government document
    b. Paycheck or government check
    c. Valid Georgia driver's license or identification card with current address

Failure to respond to this summons will result in the deletion of your name from the Hancock County Elector's List. Any of the above information can be presented to the Board of Elections and Registration prior to the hearing date as well. Any questions regarding this correspondence should be addressed to the office at the address or phone number above.

Thank you for your cooperation and prompt attention to this matter.

Sincerely,

*Tiffany N. Medlock*
Tiffany N. Medlock

EXHIBIT E