IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; GEORGIA COALITION FOR THE PEOPLES' AGENDA, as an organization; SANQUAN THOMAS, MERRITT HUBERT, TAURUS HUBERT, JOHNNY THORNTON, MARTEE FLOURNOY and LARRY WEBB; <br><br> Plaintiffs, <br><br> v. <br><br> HANCOCK COUNTY BOARD OF ELECTIONS AND REGISTRATION; KATHY RANSOM, NANCY STEPHENS, LINDA CLAYTON, ROBERT INGRAM, and JIM YOUMANS, in their official capacities as members of the Hancock County Board of Elections and Registration; and TIFFANY MEDLOCK, in her official capacity as the Hancock County Elections Supervisor, <br><br> Defendants. | Civil Action <br> Case No. 5:15-cv-414-CAR <br><br> **MOTION TO ENFORCE COURT ORDER AND REQUEST FOR EMERGENCY CONFERENCE** |

**MOTION TO ENFORCE COURT ORDER AND
REQUEST FOR EMERGENCY CONFERENCE WITH THE COURT**

On January 21, 2016, this Court ordered that "Defendant … put purged

voters who are authorized to be back on the registration list." [Doc. 28]. In the

1

weekly status conferences with the Court since that Order, the need for compliance with the Court's direction has been regularly discussed and, when the Court thought it appropriate, the importance of complying with the Order has been reemphasized to the litigants.  Thus, it was a surprise to Plaintiffs that the Hancock County Board of Election and Registration (BOER), at its scheduled meeting last night, refused to even consider whether to add Plaintiff Johnny Thornton back to the voter rolls before the Super Tuesday Presidential Primary on March 1.

It has been reported to counsel for Plaintiff that at the BOER meeting, that no meaningful discussion of Thornton's eligibility occurred and that the white members of the BOER voted to continue the discussion of Thornton's eligibility <u>until March 10, 2016</u> – more than a week after the primary.  That date is particularly significant because it is well known that Mr. Thornton, an African-American, has announced plans to qualify to run against a white member of the Hancock County Board of Commissioners in the next election.  The qualifying period is March 7-11, 2016.

The two African-American members of the BOER voted to consider the issue of Thornton's eligibility at the meeting, but were outvoted 3-2.  The action by the BOER is not in compliance with this Court's Order.  Moreover, having induced Mr. Thornton into dismissing his state court action on the promise that his

eligibility would be fairly considered by the BOER, one could be well justified in now accusing the BOER of sandbagging Mr. Thornton.

During the meeting, it is reported that member Nancy Stephens, who had originally challenged Thornton's right to vote, claimed that Thornton should not be restored to the voter rolls because he no longer owns property in Hancock County – a fact that is not only legally meaningless, but based upon a misunderstanding about the import of a tax sale under Georgia law. Robert Ingram, an African-American member of the BOER, protested that a citizen did not have to own property to vote. Obviously, Mr. Ingram is right, but one would not have thought that this pointless debate would ever have occurred if all members had simply reviewed Mr. Thornton's declaration. To Plaintiffs' knowledge, no information was introduced to demonstrate that Thornton was not eligible to vote. Moreover, there is nothing of which Plaintiffs are aware that can excuse the BOER from failing to comply in good faith with this Court's Order.

The BOER did restore Natasha Deanna Jones to the voter rolls, raising to 19 the number of voters identified thus far who were wrongfully purged. We also understand that the BOER restored James Tucker and the other 7 voters to the rolls who could not be located on a "challenged" basis, as discussed with the Court yesterday.

Plaintiffs are put in a difficult situation by the Defendants' action last night given the short time remaining before the polls open on March 1. Little time is left to secure Mr. Thornton's right to vote. Thus, we respectfully request that this Court enforce its January 21st Order and restore Mr. Thornton to the voter rolls or require Defendants to adequately explain why he should not be restored, and award such other and further relief as the Court deems appropriate. In the alternative, the Plaintiffs ask the Court for direction on how the Court would like for Plaintiffs to proceed.

This 26th day of February, 2016.

Respectfully submitted,

/s/ William V. Custer
Georgia Bar No. 202910
Jennifer B. Dempsey
Georgia Bar No. 217536
Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Phone: (404) 572-6600
Fax:    (404) 572-6999
E-mail:    bill.custer@bryancave.com
           jennifer.dempsey@bryancave.com

/s/ Julie M. Houk
Ezra Rosenberg
New Jersey Bar No. 012671974
Julie M. Houk

California Bar No. 114968
John Powers
District of Columbia Bar No. 1024831
The Lawyers' Committee for
Civil Rights Under Law
1401 New York Avenue NW
Suite 400
Washington, DC 20005
Phone: (202) 662-8345 (Ezra Rosenberg)
Phone: (202) 662-8391 (Julie Houk)
Fax:   (202) 783-0857
Email:
    erosenberg@lawyerscommittee.org
    jhouk@lawyerscommittee.org
    jpowers@lawyerscommittee.org


*Attorneys for Plaintiffs*
  *Georgia State Conference of the NAACP*
  *Georgia Coalition for the Peoples' Agenda*
  *Merritt Hubert*
  *Taurus Hubert*
  *Johnny Thornton*
  *Martee Flournoy*
  *Larry Webb*
  *Sanquan Thomas*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF ) <br> THE NAACP, as an organization; ) <br> GEORGIA COALITION FOR THE ) <br> PEOPLES' AGENDA, as an organization; ) <br> SANQUAN THOMAS, MERRITT ) <br> HUBERT, TAURUS HUBERT, JOHNNY ) <br> THORNTON, MARTEE FLOURNOY and ) <br> LARRY WEBB; ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> HANCOCK COUNTY BOARD OF ) <br> ELECTIONS AND REGISTRATION; ) <br> KATHY RANSOM, NANCY STEPHENS, ) <br> LINDA CLAYTON, ROBERT INGRAM, ) <br> and JIM YOUMANS, in their official ) <br> capacities as members of the Hancock ) <br> County Board of Elections and Registration; ) <br> and TIFFANY MEDLOCK, in her official ) <br> capacity as the Hancock County Elections ) <br> Supervisor, ) <br> ) <br>     Defendants. ) <br> _____ | Civil Action <br> Case No. 5:15-cv-414-CAR |

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing **MOTION TO ENFORCE COURT ORDER AND REQUEST FOR EMERGENCY CONFERENCE WITH THE COURT** to be electronically filed with the Clerk of Court using the

CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

I further certify that I caused the foregoing **MOTION TO ENFORCE COURT ORDER AND REQUEST FOR EMERGENCY CONFERENCE** to be served on the following attorney by e-mail and U.S. Mail, postage prepaid:

>Andrea Runyan Grant
>Law Office of Andrea Grant, LLC
>P.O. Box 60
>504 Bowers Street
>Royston, Georgia 30662
>
>*Counsel for Defendants*

This 26th day of February, 2016.

>/s/ William V. Custer
>William V. Custer
>Georgia Bar No. 202910
>Jennifer B. Dempsey
>Georgia Bar No. 217536
>Bryan Cave LLP
>One Atlantic Center
>Fourteenth Floor
>1201 West Peachtree Street, NW
>Atlanta, Georgia 30309-3488
>Phone: (404) 572-6600
>Fax:   (404) 572-6999
>E-mail: bill.custer@bryancave.com
>         jennifer.dempsey@bryancave.com