# EXHIBIT 1

## Julie Houk

**From:** Andrea Runyan <andreagna@bellsouth.net>
**Sent:** Tuesday, May 10, 2016 5:46 PM
**To:** Julie Houk; bfleming@flemingnelson.com; anelson@flemingnelson.com; 'Kathy Ran'
**Cc:** 'Bill Custer'; 'Dempsey, Jennifer'; Ezra Rosenberg; John Powers; Pam Disney
**Subject:** RE: GA NAACP v. Hancock County BOER/Open Records Request for Records Re: February 25, 2016 Called Meeting

Good afternoon,

The Hancock County BOER was had a called meeting yesterday. At the meeting, the members voted to change the regularly scheduled meeting from May 12th until May 27th. As you know, the courthouse was destroyed by fire and is being re-built. On May 12th, the county has a ceremony for the placement the the clock tower. It is a monumental event for members of the community since the original tower was erected over 140 years ago.

As a result, I will not be in the position to provide you with revisions to the consent order as discussed. I have had a leave of absence scheduled since February and will not be able to attend the meeting on the 27th. The next scheduled meeting will be June 9th and the BOER agreed to address the consent order matters within its realm on that day. I apologize for the delay; however, it is not within my control.

Best regards,

Andrea Runyan Grant
Law Office of Andrea Grant, LLC
PO Box 60
504 Bowers Street
Royston, GA 30662
706-245-9293
706-245-0626 (Fax)

1