# EXHIBIT 3

*Kathy Ransom*
CHAIR

*Nancy Stephens*
VICE CHAIR

*Linda Clayton*
MEMBER

*Robert Ingram*
MEMBER

*Jim Youmans*
SECRETARY



**Hancock County
Board of Elections and Registration**

*Tiffany N. Medlock*
ELECTIONS SUPERVISOR

*Nubia Baker*
CHIEF DEPUTY REGISTRAR

P.O. BOX 118
10571 HIGHWAY 15
SPARTA, GEORGIA 31087
706-444-5259
FAX: (706) 444-0989
BOER@HancockCountyGA.gov

03/31/16

BARBARA LAMAR

SPARTA, GA 31087

RE: Restoring Voter Registration Cards

Dear Barbara Lamar:

On August 11th, 2014, the Hancock County Courthouse caught on fire and all of the hardcopies of Voter Registration cards were destroyed. During an audit, we found that the Board of Elections and Registration does not have a voter registration card for you. We are asking you to complete the enclosed voter registration application for the purpose of restoring the hardcopies in the Board of Elections and Registration office. It is important that we receive this information in our office. We also received you application for official absentee ballot but at this time you do not meet the criteria prescribed by state law.

Completing this card **will not affect** your current voter registration status, this is simply an effort to update our records.

Thank you in advance for your time and cooperation.

Sincerely,

Nubia Baker
Chief Deputy Registrar
Hancock County Board of Elections and Registration

Exhibit 3