# EXHIBIT 4

**Subject:** FW: Hancock County
**Attachments:** Rejections.pdf

**From:** Andrea Runyan [mailto:andreagna@bellsouth.net]
**Sent:** Monday, May 16, 2016 6:06 PM
**To:** Custer, Bill; 'Barry Fleming'
**Cc:** 'Adam Nelson'; Tiffany N. Medlock; Kathy Ran
**Subject:** RE: Hancock County

Gentlemen:

That the scope of the problem is the 10 voters we discussed: Actually 12 absentee ballots were rejected. 6 ballots had insufficient signature matches. 5 ballots lacked sufficient oath information. One ballot was returned as undeliverable. I have attached the spreadsheet documentation such.

That the problematic form letter we reviewed has been corrected. This is problematic. The deadline to submit an application requesting absentee ballots is Friday, May 20th. Even if it was possible to revise and forward letter tomorrow, the likelihood of delivery and return for the Friday deadline is nil. I understand Mr. Custer's concern for the wording and organization of the letter and there is always room for improvement, but the letter states that the "application" does not meet the criteria, it does not tell the voter her or she can not vote "in person". The BOER needs a voter registration card for absentee ballots whereas the card is not needed for those appearing in public to vote. **Clearly Ms. Lamar did understand as she voted in person.**

That the previously affected voters are being contacted to correct any misperceptions created by the letter and ensure that they are given the opportunity to vote absentee. There is simply not enough time to reword and re-send letters to persons that do not have registration cards on file to process applications. Absentee ballots must be returned prior to 7:00 p.m. on election day. The budget and staff of the BOER are not equipped to accommodate this request this week.

Although, the staff and BOER disagree with the interpretation, out of an abundance of caution, the staff and chairman agreed for me to re-word the letter and the staff will forward as soon as the certifications and reporting are complete.
After talking with the staff, it seems the prior staff did not adhere to the rules and regulations letting incomplete applications and improperly executed absentee ballots count. Hence the public is not used to playing by the rules. In reality, past practices disenfranchised voters duly qualified to vote.

Andrea Runyan Grant
Law Office of Andrea Grant, LLC
PO Box 60
504 Bowers Street
Royston, GA 30662
706-245-9293
706-245-0626 (Fax)

05/16/2016
HANCOCK

Generated By: 07DTMEDLOCK
HANCOCK

# GEORGIA SECRETARY OF STATE VOTER REGISTRATION SYSTEM
## ABSENTEE VOTER REPORT - HANCOCK
### FOR ELECTION 05/24/2016 — MAY 24, 2016 GEN. PRI./GEN. NP/SPEC. ELECTION

#### SELECTION CRITERIA

Precincts: 2B,3A,004,1A,3B,4A,88888,1B,3C,4C,2A,4B,99999
Ballot Status: Rejected Ballots
Ballot Request Date:
Ballot Issued Date:
Ballot Return Date:
Party: D, NP, R
Ballot Type:
Date Range:

| Voter Registration # | Name | Residence Address | Mailing Address | Application Status | Ballot Status | Status Reason | Application Date | Ballot Issued Date | Ballot Return Date | Ballot Style | Ballot Assisted | Challenged/Provisional | Designation/Reason | ID Required | Municipal Precinct | County Precinct | CNG | SEN | HOUSE | JUD | Combo # | Vote Center ID | Ballot ID | Post # | Party |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02221339 | CHARLESTON, GEORGE | 11148 HWY 15 HWY SPARTA GA 31087 | 11148 HWY 15 HWY SPARTA GA 31087 | A | R | Signature Match | 04/25/2016 | 04/28/2016 | 05/04/2016 | MAILED | NO | NO | ELDERLY | NO | | 2A | 010 | 026 | 128 | 008 | 00002 | | 00014 | 223 | DEMOCRAT |
| 02224137 | DAVIS, MINNIE MAE | 4368 HWY 22 HWY SPARTA GA 31087 | 4368 HWY 22 HWY SPARTA GA 31087 | A | R | Insufficient Oath Information | 03/16/2016 | 04/11/2016 | 04/27/2016 | MAILED | NO | NO | | NO | | 2B | 010 | 026 | 128 | 008 | 00002 | | 00001 | 8 | DEMOCRAT |
| 02225017 | FOSTER, WALTER LEE | 117 CLAY CIR SPARTA GA 31087 | 117 CLAY CIR SPARTA GA 31087 | A | R | Insufficient Oath Information | 05/03/2016 | 05/04/2016 | 05/13/2016 | MAILED | NO | NO | ELDERLY | NO | S | 4A | 010 | 026 | 128 | 008 | 00006 | | 00030 | 464 | DEMOCRAT |
| 02223704 | JACKSON, EARNESTINE GRIER | 3686 COVEY RISE FARM RD SPARTA GA 31087-3459 | 3686 COVEY RISE FARM RD SPARTA GA 31087-3459 | A | R | Insufficient Oath Information | 04/25/2016 | 04/28/2016 | 05/13/2016 | MAILED | NO | NO | | NO | | 3A | 010 | 026 | 128 | 008 | 00003 | | 00010 | 266 | DEMOCRAT |
| 05519438 | LAWSON, AMELIA MICHELLE | 5289 HWY 15 HWY SPARTA GA 31087 | 5289 HWY 15 HWY SPARTA GA 31087 | A | R | Signature Match | 04/08/2016 | 04/13/2016 | 04/27/2016 | MAILED | NO | NO | | NO | | 4A | 010 | 026 | 128 | 008 | 00004 | | 00005 | 29 | DEMOCRAT |
| 00225013 | LESLIE, BENNIE MAE | 18 LEWIS ST SPARTA GA 31087 | 18 LEWIS ST SPARTA GA 31087 | A | R | Ballot Returned Undeliverable | 04/29/2016 | 05/02/2016 | 05/06/2016 | MAILED | NO | NO | | NO | S | 2A | 010 | 026 | 128 | 008 | 00005 | | 00027 | 272 | DEMOCRAT |
| 08180786 | REYNOLDS, PATRICK D | 5995 HWY 15 HWY SPARTA GA 31087 | 5995 HWY 15 HWY SPARTA GA 31087 | A | R | Signature Match | 04/08/2016 | 04/13/2016 | 04/28/2016 | MAILED | NO | NO | | NO | | 4A | 010 | 026 | 128 | 008 | 00004 | | 00006 | 34 | DEMOCRAT |
| 10746058 | RICHARDSON, FLORENCE | P.O. BOX 237 SPARTA GA 31087 | P.O. BOX 237 SPARTA GA 31087 | A | R | Insufficient Oath Information | 04/22/2016 | 04/28/2016 | 05/10/2016 | MAILED | NO | NO | | NO | | 1B | 010 | 026 | 128 | 008 | 00001 | | 00015 | 245 | DEMOCRAT |
| 07630289 | WALKER, MELVIN | 1508 WALLS RD SPARTA GA 31087 | 1508 WALLS RD SPARTA GA 31087 | A | R | Signature Match | 04/21/2016 | 04/21/2016 | 04/28/2016 | MAILED | NO | NO | | NO | | 1A | 010 | 026 | 128 | 008 | 00001 | | 00028 | 239 | DEMOCRAT |

| Voter Registration # | Name | Residence Address | Mailing Address | Application Status | Ballot Status | Status Reason | Application Date | Ballot Issued Date | Ballot Return Date | Ballot Style | Ballot Assisted | Challenged/ Provisional | Designation/ Reason | ID Required | Municipal Precinct | County Precinct | CNG | SEN | HOUSE | JUD | Combo # | Vote Center ID | Ballot ID | Post # | Party |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02224251 | WALLS, GEORGIA MAE | 1504 WALLS RD SPARTA GA 31087 | 1504 WALLS RD SPARTA GA 31087 | A | R | Insufficient Oath Information | 04/20/2016 | 04/20/2016 | 04/27/2016 | MAILED | NO | NO | ELDERLY | NO | | 1A | 010 | 026 | 128 | 006 | 00001 | | 00012 | 118 | DEMOCRAT |
| 02224301 | WALLS, MARY MYERS | 1503 WALLS RD SPARTA GA 31087 | 1503 WALLS RD SPARTA GA 31087 | A | R | Signature Match | 04/20/2016 | 04/20/2016 | 04/29/2016 | MAILED | NO | NO | ELDERLY | NO | | 1A | 010 | 026 | 128 | 006 | 00001 | | 00014 | 121 | DEMOCRAT |
| 10220997 | WARREN, WILLIE | 3898 GLEN FORD RD SPARTA GA 31087 | 3898 GLEN FORD RD SPARTA GA 31087 | A | R | Signature Match | 04/25/2016 | 05/02/2016 | 05/10/2016 | MAILED | NO | NO | | NO | | 1B | 010 | 026 | 128 | 006 | 00001 | | 00019 | 279 | DEMOCRAT |