UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 5/19/2016 | Type of Hearing: | Telephone Conference |
| Judge: | C. Ashley Royal | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Lee Anne Purvis | Law Clerk: | Chelsea Lamb |
| Courtroom: | D | | |

**Case Number: 5:15-CV-414(CAR)**

| | | |
|---|---|---|
| Georgia State Conference of the NAACP, *et al.* | Counsel: | Bill Custer<br>Julie Houk<br>John Powers<br>Jennifer Dempsey |
| v. | | |
| Hancock County Board of Elections and Registration, *et al.* | Counsel: | Andrea Grant<br>Adam Nelson<br>Barry Fleming |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:  /29**

11:00   Roll call.  Preliminary remarks by the Court.  The Court affords Defendants the opportunity to respond and hears from Barry Fleming who reports that a brief was filed this morning.  The Court has not reviewed the brief.  The Court instructs the parties to notify the Court of late filings prior to hearings.
11:03   Barry Fleming sets forth Defendants' response.
11:12   Bill Custer responds.
11:03   Barry Fleming responds.
11:16   Andrea Grant responds.
11:17   The Court inquires into procedural matters with Plaintiff amending the complaint.  Barry Fleming inquires into the amendments.  The Court directs Custer to

NAACP , et al., vs. Hancock County Bd. Of Elections            Page 2
5:15-cv-414(CAR)            05/19/2016
_____

         provide the proposed amended complaint and a follow up hearing will be scheduled.  The Court Orders the parties to continue settlement negotiations.  The Court inquires into the possibility of settlement and when Defendants may respond.
11:21 Fleming responds and sets forth proposed time table.
11:23 The Court inquires into the idea of the monitor and hears from Custer.
11:25 The Court inquires into proposed discovery and hears from Custer who states there are 10 people to be deposed.
11:26 Fleming has no objections to beginning depositions.  The Court opines that the depositions can be set for late June or July.  The parties concur.  The parties are directed to begin scheduling depositions now.  The Court explains changes to the Rules of Civil Procedure.
11:29 Fleming requests proposed names and dates for depositions prior to sending notice.  Custer concurs.
11:29 Matter concluded.