# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; GEORGIA COALITION FOR THE PEOPLES' AGENDA, as an organization; SANQUAN THOMAS, MERRITT HUBERT, TAURUS HUBERT, JOHNNY THORNTON, MARTEE FLOURNOY and LARRY WEBB;<br><br>    Plaintiffs,<br><br>v.<br><br>HANCOCK COUNTY BOARD OF ELECTIONS AND REGISTRATION; KATHY RANSOM, NANCY STEPHENS, LINDA CLAYTON, ROBERT INGRAM, and JIM YOUMANS, in their official capacities as members of the Hancock County Board of Elections and Registration; and TIFFANY MEDLOCK, in her official capacity as the Hancock County Elections Supervisor,<br><br>    Defendant. | Civil Action<br>Case No. 5:15-cv-414-CAR |

### PLAINTIFFS' AMENDED 30(b)(6) DEPOSITION NOTICE FOR HANCOCK COUNTY BOARD OF ELECTIONS AND REGISTRATION

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, Sanquan Thomas, Merritt Hubert, Taurus Hubert, Johnny Thornton, Martee Flournoy, and Larry Webb will take the deposition of Hancock County Board of Elections and Registration on **Tuesday, June 28, 2016** beginning at **9:00 a.m.,** at the Hancock County Board of Elections and Registration offices, located at 10571 Hwy 15 N, Sparta, Georgia 31087.  The deposition shall be recorded by a court reporter and videographer who is authorized to administer oaths in the state of Georgia.  The deposition will continue from day to day until completed.

6587648.1

Pursuant to Rule 30(b)(6), Hancock County Board of Elections and Registration shall designate one or more officers, directors or managing agents, or other persons to testify on its behalf regarding each of the subjects described in Exhibit A to this Notice.

This 21st day of June, 2016.

/s/ William V. Custer
William V. Custer
Georgia Bar No. 202910
Jennifer B. Dempsey
Georgia Bar No. 217536
Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Phone: (404) 572-6600
Fax:     (404) 572-6999
E-mail: bill.custer@bryancave.com
            jennifer.dempsey@bryancave.com


/s/ Julie M. Houk
Ezra Rosenberg
New Jersey Bar No. 012671974
Julie M. Houk
California Bar No. 114968
John Powers
District of Columbia Bar No. 1024831
The Lawyers' Committee for
Civil Rights Under Law
1401 New York Avenue NW
Suite 400
Washington, DC 20005
Phone: (202) 662-8345 (Ezra Rosenberg)
Phone: (202) 662-8391 (Julie Houk)
Fax:     (202) 783-0857
Email: erosenberg@lawyerscommittee.org
            jhouk@lawyerscommittee.org
            jpowers@lawyerscommittee.org

6587648.1

*Counsel for Plaintiffs*
  *Georgia State Conference of the NAACP*
  *Georgia Coalition for the Peoples' Agenda*
  *Sanquan Thomas*
  *Merritt Hubert*
  *Taurus Hubert*
  *Johnny Thornton*
  *Martee Flournoy*
  *Larry Webb*

## EXHIBIT A

## DEPOSITION TOPICS

(1)  Past practices by the BOER related to sending mail to voters and the use of forwardable versus nonforwardable mail since August 2014.

(2)  Past procedures employed by the BOER regarding voter list maintenance activities, particularly for voters who have moved and whether the county has regularly complied with NVRA requirements over the years since 2006.

(3)  Past instances of voter fraud in Hancock County since 1996, the nature of that fraud, and the identity of participants in the fraud.

(4)  Past attempts by BOER members to remove voters from the Hancock County registration list based on their residential status since 2010, as reflected in comments and proposals put forward by BOER members at public hearings held between July and November of 2011.

(5)  Past attempts by the Sparta City Administrator and other city officials to remove voters from the list of registered voters eligible to vote in the City of Sparta since 1980 including, but not limited to, attempts to do so in 1984 and 1986.

(6)  Changes to the City of Sparta's municipal boundaries since 1965.

(7)  The City of Sparta's attempt to use numbered posts for city council elections in 1991 and 1992.

(8)  The video documentary, created by the Thames Production Company, of the racial dynamics in Hancock County before and after the emergence of John McCown, and the facts presented in that video.

(9)  Past election contests made in state court in Hancock County since 1986.

(10)  Past attempts by BOER members or Hancock County employees to verify voters' residence through comparison with driver's license records since 2010.

(11)  Past practices of the BOER and Hancock County elections officials related to determining the eligibility of absentee ballots since 2006.

(12)  The racial demographics of voters who did not receive absentee ballots after submitting an application for one and voters whose absentee ballots were not counted as a vote in elections held since August 2014.

(13)  The claims, allegations, and defenses asserted in this action.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of June, 2016 I sent via U.S. Mail postage prepaid, and e-mail, a copy of the foregoing to the following:

>Andrea Runyan Grant, Esq.
>Law Office of Andrea Grant, LLC
>P.O. Box 60
>504 Bowers Street
>Royston, Georgia 30662
>Email: andreagna@bellsouth.net
>
>Barry A. Fleming, Esq.
>F. Adam Nelson, Esq.
>Fleming & Nelson, LLP
>631 Ronald Reagan Drive, Suite 201
>P.O. Box 2208
>Evans, Georgia 30809
>Email: bfleming@flemingnelson.com
>       anelson@flemingnelson.com
>
>Michael A. O'Quinn, Esq.
>Donald A. Cronin, Esq.
>Jacob Stalvey O'Neal, Esq.
>O'Quinn & Cronin, LLC
>103 Keys Ferry Street
>McDonough, Georgia 30253
>Email: mike@oqclaw.com
>       donald@oqclaw.com
>       jacob@oqclaw.com
>
>
>/s/  William V. Custer
>William V. Custer
>Georgia Bar No. 202910
>Jennifer B. Dempsey

6587648.1

        Georgia Bar No. 217536
        Bryan Cave LLP
        One Atlantic Center
        Fourteenth Floor
        1201 West Peachtree Street, NW
        Atlanta, Georgia 30309-3488
        Phone: (404) 572-6600
        Fax: (404) 572-6999
        E-mail: bill.custer@bryancave.com
            jennifer.dempsey@bryancave.com

        *Counsel for Plaintiffs*

6587648.1