IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; GEORGIA COALTION FOR THE PEOPLES' AGENDA, as an organization; MERRITT HUBERT, TAURUS HUBERT, JOHNNY THORNTON, MARTEE FLOURNOY and LARRY WEBB;<br><br>      Plaintiffs,<br><br>v.<br><br>HANCOCK COUNTY BOARD OF ELECTIONS AND REGISTRATION; KATHY RANSOM, NANCY STEPHENS, LINDA CLAYTON, ROBERT INGRAM, and JIM YOUMANS, in their official capacities as members of the Hancock County Board of Elections and Registration; and TIFFANY MEDLOCK, in her official capacity as the Hancock County Elections Supervisor,<br><br>      Defendants. | CV 5:15-cv-414 CAR |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

COMES NOW Counsel for Defendants, Barry A. Fleming & F. Adam Nelson, and requests the Court for an order permitting their withdrawal as counsel of record and shows the Court as follows:

1. On June 20, 2016, Michael A O'Quinn, Donald Andrew Cronin, Jr., and Jacob S. O'Neal entered appearance on behalf of Defendants.

2. Barry A. Fleming & F. Adam Nelson provided Defendants notification of their intention to withdraw as Counsel on July 1, 2016, and further notified Defendants as follows:

a. The United States District Court, Middle District of Georgia, retains jurisdiction of the case;

b. Defendants have the burden of keeping the court informed respecting where notices, pleadings, or other papers may be served;

c. Defendants have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

d. That if Defendants fail or refuse to meet these burdens, Defendants may suffer adverse consequences;

e. The dates of any scheduled proceedings, including trial, and that holding of such proceedings will not be affected by the withdrawal of counsel;

f. That services of notices may be made upon the Defendants at their last known address; and

g. Unless the withdrawal is with Defendants' consent, Defendants have the right to object within fourteen (14) days of the date of this notice.

3. Counsels' withdrawal has been moved for with consent of Defendants.

THEREFORE, Counsel Barry A. Fleming and F. Adam Nelson respectfully requests this Court grant their motion to withdraw and issue and order to that affect.

Dated this 1st day of August, 2016

                                            s/ F. Adam Nelson
                                            BARRY A. FLEMING
                                            Georgia Bar No. 262945
                                            F. ADAM NELSON
                                            Georgia Bar No. 845950
                                            Attorneys for Defendants

OF COUNSEL:

FLEMING & NELSON, LLP

631 Ronald Reagan Dr., Suite 201
P.O. Box 2208
Evans, GA 30809
(706) 434- 8770
E-Mail:  bfleming@flemingnelson.com
E-Mail:  anelson@flemingnelson.com

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served to all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 1st day of August, 2016.

                                          s/ Barry A. Fleming, Esq.
                                          BARRY A. FLEMING
                                          Georgia Bar No. 262945
                                          F. ADAM NELSON
                                          Georgia Bar No. 845950
                                          Attorneys for Defendant
                                          FLEMING & NELSON, LLP
                                          631 Ronald Reagan Dr., Suite 201
                                          P.O. Box 2208
                                          Evans, GA 30809
                                          (706) 434- 8770
                                          E-Mail:  bfleming@flemingnelson.com
                                          E-Mail:  anelson@flemingnelson.com