# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; GEORGIA COALITION FOR THE PEOPLES' AGENDA, as an organization; SANQUAN THOMAS, MERRITT HUBERT, TAURUS HUBERT, JOHNNY THORNTON, MARTEE FLOURNOY and LARRY WEBB; <br><br> Plaintiffs, <br><br> v. <br><br> HANCOCK COUNTY BOARD OF ELECTIONS AND REGISTRATION; KATHY RANSOM, NANCY STEPHENS, LINDA CLAYTON, ROBERT INGRAM, and MILTON SIMMONS, in their official capacities as members of the Hancock County Board of Elections and Registration; and JOHN REID, in his official capacity as the Hancock County Elections Supervisor, <br><br> Defendants. | Civil Action <br> Case No. 5:15-cv-414-CAR |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

COME NOW Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the Peoples' Agenda, Sanquan Thomas, Merritt Hubert, Taurus Hubert, Johnny Thornton, Martee Flournoy, and Larry Webb ("Plaintiffs"), and Defendants Hancock County Board of Elections and Registration, Kathy Ransom, Nancy Stephens, Linda Clayton, Robert Ingram, Milton Simmons, and John Reid, in his official capacity as the Hancock County Elections Supervisor ("Defendants"), by and through their counsel, and hereby move the Court to enter the Consent Order attached hereto as Exhibit A as part of an agreed upon settlement between the parties

6661843.1

regarding the merits of this case. The entry of the Consent Order will resolve all claims relating to the merits of this matter as well as any claims for injunctive relief leaving only the issue of the Plaintiffs' claims for attorneys' fees and the costs and expenses of litigation to be resolved.

Respectfully submitted this 1st day of March, 2017.

/s/ William V. Custer
William V. Custer
Georgia Bar No. 202910
Jennifer B. Dempsey
Georgia Bar No. 217536
Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Phone: (404) 572-6600
Fax:    (404) 572-6999
E-mail: bill.custer@bryancave.com
            jennifer.dempsey@bryancave.com


/s/ Julie M. Houk
Ezra Rosenberg *(Admitted pro hac vice)*
New Jersey Bar No. 012671974
Julie M. Houk  *(Admitted pro hac vice)*
California Bar No. 114968
John Powers *(Admitted pro hac vice)*
District of Columbia Bar No. 1024831
The Lawyers' Committee for
Civil Rights Under Law
1401 New York Avenue NW
Suite 400
Washington, DC 20005
Phone: (202) 662-8600
Fax:    (202) 783-0857
Email: erosenberg@lawyerscommittee.org
           jhouk@lawyerscommittee.org
           jpowers@lawyerscommittee.org

*Counsel for Plaintiffs*

6661843.1

/s/ Michael A. O'Quinn
Michael A. O'Quinn
Georgia Bar No. 553056
Donald Cronin
Georgia Bar No. 197270
Jacob S. O'Neal
Georgia Bar No. 877316
O'Quinn & Cronin, LLC
103 Keys Ferry Street
McDonough, Georgia 30253
Phone: (770) 898-0333
Fax:    (770) 898-0330
E-mail: mike@oqclaw.com
          donald@oqclaw.com
          jacob@oqclaw.com


/s/ Andrea Grant
Andrea Grant
Georgia Bar No. 619471
Law Office of Andrea Grant, LLC
P.O. Box 60
504 Bowers Street
Royston, Georgia 30662
Phone: (706) 245-9293
Fax:    (706) 245-0626
Email: andreagna@bellsouth.net

Counsel for Defendants

6661843.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2017, I filed the foregoing JOINT MOTION FOR ENTRY OF CONSENT ORDER with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/  William V. Custer
William V. Custer
Georgia Bar No. 202910
Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Phone: (404) 572-6600
Fax:    (404) 572-6999
E-mail: bill.custer@bryancave.com

*Counsel for Plaintiffs*

6661843.1