IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **GEORGIA STATE CONFERENCE OF THE NAACP, et al.,** | *<br>*<br>*  **Civil Action**<br>*  **Case No. 5:15-cv-414-CAR**<br>* |
| **Plaintiffs,** | *<br>* |
| **v.** | *<br>* |
| **Hancock County Board of Elections and Registration, et al,** | *<br>*<br>* |
| **Defendants.** | * |

**CONSENT MOTION FOR APPOINTMENT OF R. GARY SPENCER AS EXAMINER PURSUANT TO THE CONSENT DECREE**

Plaintiffs move, with the consent of Defendants' counsel, for the appointment of attorney, R. Gary Spencer, to serve in the role of the Examiner pursuant to the terms of the Consent Decree entered by the Court on March 30, 2018. [See, Docs. 067, 071]. Mr. Spencer has reviewed the Consent Order and is amenable to filling the role of the Examiner under its terms. A true and accurate copy of Mr. Spencer's resume is attached and incorporated herein by reference as Exhibit 1.

Respectfully submitted this 18th day of June 2018.

/s/ William V. Custer
William V. Custer
Georgia Bar No. 202910
Jennifer B. Dempsey
Georgia Bar No. 217536
Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488

1

Phone: (404) 572-6600
Fax: (404) 572-6999
E-mail: bill.custer@bryancave.com
jennifer.dempsey@bryancave.com


s/ Julie M. Houk
Ezra D. Rosenberg**
New Jersey Bar No. 012671974
Julie M. Houk**
California Bar No. 114968
John Powers**
District of Columbia Bar No. 1024831 Lawyers' Committee for Civil Rights Under Law 1401 New York Avenue NW, Suite 400 Washington, D.C. 20005
Tel: (202) 662-8600
Email: erosenberg@lawyerscommittee.org Email: jhouk@lawyerscommittee.org
Email: jpowers@lawyerscommittee.org

(**Admitted Pro Hac Vice)
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that She has this 18th day of June 2018 filed a copy of the foregoing CONSENT MOTION FOR APPOINTMENT OF R. GARY SPENCER AS EXAMINER PURSUANT TO THE CONSENT DECREE and PROPOSED ORDER GRANTING THE CONSENT MOTION FOR APPOINTMENT OF R. GARY SPENCER AS EXAMINER PURSUANT TO THE CONSENT DECREE via the Court's electronic filing system ("ECF"). Notice of this filing was provided to counsel of record for all other parties to this case via ECF.

/s/ Julie M. Houk
Julie M. Houk
Lawyers' Committee for Civil Rights
 Under Law