**R. Gary Spencer**
**Attorney at Law**
**50 Hurt Plaza SE, Ste. 830**
**Atlanta, GA 30303**
**(404) 549-8782**

www.rgaryspencer.com

_____

**PROFESSIONAL EXPERIENCE**

**Sole Practitioner, R. Gary Spencer, P.C., Attorney at Law**
**April 1997 - present.**
Tried more than 300 federal and state jury trials in Georgia and Florida. Primary areas of practice: Criminal and Civil Litigation; Attorney representation before the State Bar of Georgia; Part Time Hearing Officer for the Atlanta Public School System.

**Judge,** *Pro Hac Vice,* **Atlanta Municipal Court**
**1999 –2003**
Set bonds in felony and misdemeanor cases, conducted preliminary hearings and bench trials in a part-time capacity.

**Staff Attorney, Federal Defender Program for the Northern District of Georgia, Inc.**
**1993- 1997**
Represented indigent individuals in federal court at the magistrate, district and appellate levels.

**Assistant Public Defender, Fulton County**
**1992-1993**
Defended indigent individuals in felony cases.

**Assistant Public Defender, Miami-Dade County, Florida**
**1987-1992**
Defended indigent individuals in juvenile, misdemeanor and felony cases.

**Legal Services of Greater Miami, Inc.**
**1985 - 1987**
Represented indigent persons in civil matters.


**EDUCATION**

Howard University School of Law, J.D. 1985
Howard University, B.A. Economics, 1982

EXHIBIT 1

## BAR ACTIVITIES

**Board of Governors**, State Bar of Georgia, 2014 – present

**Board Member,** Georgia Justice Project, 2014 - present

**Executive Board Member**, Gate City Bar Association, 2018

**Member,** Progressive Action Working Group, Criminal Justice Subdivision, 2018

**Member,** Georgia Association of Criminal Defense Lawyers, 1992-present

**President**, Gate City Bar Association, 2003
(Gate City Bar received the National Bar Association's "Rising Affiliate" Award

**Member**, Georgia Trial Lawyers Association

**Board Member and Interim Executive Director**, Atlanta Volunteer Lawyers Foundation 1996-2001


## PROFESSIONAL LICENSES

United States Supreme Court
United States Court of Appeals for the Eleventh Circuit
United States District Court for the Northern District of Georgia
All Georgia trial and appellate courts
All Florida Courts


## CHURCH ACTIVITIES
Member, First Congregational Church, United Church of Christ
Former Deacon and Chair of the Diaconate
Moderator, 2018
Chair, Social Action Committee