IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **GEORGIA STATE CONFERENCE OF THE NAACP, et al.,** * * * **Civil Action** * **Case No. 5:15-cv-414-CAR** **Plaintiffs,** * * **v.** * * **HANCOCK COUNTY BOARD OF ELECTIONS AND REGISTRATION, ET AL,** * * * **Defendants.** * | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR THE APPOINTMENT OF R. GARY SPENCER AS EXAMINER PURSUANT TO THE CONSENT DECREE**

Before the Court is Plaintiffs' Consent Motion for the Appointment of R. Gary Spencer as Examiner pursuant to the Consent Decree entered by the Court on March 30, 2018 [See, Docs. 67 and 71].

Having reviewed the motion and for good cause shown, the Consent Motion is hereby **GRANTED.** R. Gary Spencer is hereby appointed to serve as the Examiner pursuant to the terms of the Consent Decree until the expiration of the term of the Consent Decree or until otherwise ordered by the Court.

IT IS SO ORDERED, this _____ day of June, 2018.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT